Drucker et ux. *v.* Moskowitz, Appellant.

Argued October 9, 1935.

Before KELLER, P. J.,
BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

378

*Raymond A. White, Jr.,* for appellant.

*Howard R. Detweiler,* with him *Robert M. Bernstein,* for appellees.

PER CURIAM, November 13, 1935:

The judgments are affirmed on the opinion of the court below filed pursuant to Rule 58 of this court.